IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LEARIE DALY                          :
#A35 751 059                         :
                                     :
         v.                          :   CIVIL ACTION NO. AMD-01-3296
                                     :
IMMIGRATION & NATURALIZATION         :
SERVICE                              :

**O R D E R**

In accordance with the foregoing Memorandum, IT IS this 21st day of Feb., 2002, by the United States District Court for the District of Maryland, ORDERED that:

1. The respondents' motion to dismiss or for summary judgment, treated as one for summary judgment (Paper No. 6) IS GRANTED;

2. Mr. Daly's petition for judicial review of the INS's decision denying his application for naturalization IS DISMISSED;

3. The Clerk of the Court shall CLOSE this case; and

4. The Clerk of the Court shall MAIL a copy of this Order, together with the foregoing Memorandum, to the parties.

_____
Andre M. Davis
United States District Judge

